In the Matter of the Application of ABRAHAM H. COHEN, Respondent.

ISADORE GLAUBERMAN, Appellant.

(Argued May 20, 1935; decided June 4, 1935.)

*Isadore Glauberman,* in person, and *Theodore Berger* for appellant.

*Harry Yarm* and *Benjamin H. Wicksel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. FINCH, J., taking no part.

In the Matter of the Accounting of MABELL GREEN et al., as Executors of HENRY GREEN, Deceased, Respondents.

JOSEPH I. GREEN, Appellant.

(Argued May 20, 1935; decided June 4, 1935.)

*Bertram Boardman* for appellant.

*Maurice Rubinger* and *Robert Jacobs* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.